# M URPHY O RLANDO LLC
*Attorneys at Law*

494 B ROAD S TREET • 5 TH F LOOR • N EWARK, NJ 07102

*tel* 201.451.5000 • *fax* 201.451.5000

WWW.M URPHY O RLANDO.COM

M ALLORY B. O LWIG
*A SSOCIATE*

molwig@murphyorlando.com

January 26, 2026

<u>*Via CM/ECF*</u>
Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

**Re:**   *Morrill et ano. v. Fulop et al.,* **Docket No.: 2:23-CV-23197-ES-JSA**

Dear Your Honor:

This firm represents the Defendants Steven M. Fulop and Kimberly Wallace-Scalcione, in both their individual and official capacities ("Defendants"), in this civil action.

A joint status letter is due today, January 26, 2026. [Dkt. 87]. With the recent change in Jersey City's Administration, **the parties jointly request a two-week extension** of our submission deadline to allow time for continued discussions, including regarding settlement, and whether the parties can narrow or resolve certain discovery disputes prior to filing. With this extension, our joint letter would be due to the Court on February 9, 2026.

We thank the Court for its attention and courtesies. If Your Honor has any questions, please do not hesitate to contact me or Flavio Komuves, attorney for Plaintiffs.

Respectfully submitted,

*/s/ Mallory B. Olwig*
**MURPHY ORLANDO LLC**
494 Broad Street, 5th Floor
Newark, NJ 07102
201.451.5000
molwig@murphyorlando.com

*Attorneys for Defendants*

c:   All Counsel of Record (vie CM/ECF)