**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK**

### Minutes of Proceedings

**Judge: Hon. Esther Salas**

Court Reporter:  Mary Jo Monteleone                    Date: May 13,  2026

Deputy Clerk: Elisaveta Kalluci

                                                                                Docket No. **Cv. 23-23197 (ES-JSA)**

**Title of Case:**

MORRILL et al v. FULOP et al

**Appearances:**

No Appearances

**Nature of Proceedings:**

Opinion on Defendants' MOTION to Dismiss Plaintiffs' First Amended Complaint
 (D.E. No. 35) read into the record.

                                                                Elisaveta Kalluci
                                                                Courtroom Deputy