**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **AARON MORRILL**, *et al.*,<br><br>      **Plaintiffs,**<br><br>      **v.**<br><br>**MAYOR STEVEN M. FULOP**, *et. al.*,<br><br>      **Defendants.** | **Civil Action No.: 23-23197 (ES) (JSA)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Defendants Mayor Steven M. Fulop and Press Secretary Kimberly Wallace-Scalcione's motion to dismiss Plaintiffs Aaron Morrill and Jersey City Times's Amended Complaint. (D.E. No. 35 ("Motion")). Having carefully considered the parties' submissions, and having held oral argument on the Motion (*see* D.E. No. 77), and for the reasons set forth during oral argument and in the Court's oral opinion on the record dated May 13, 2026 (D.E. Nos. 98 & 99),

**IT IS** on this 13th day of May 2026,

**ORDERED** that Defendants' motion to dismiss is **GRANTED in-part**; and it is further

**ORDERED** that Count I is **DISMISSED** *without prejudice*; and it is further

**ORDERED** that Plaintiffs may elect to file a second amended complaint to the extent they can cure the deficiencies noted in the Court's oral opinion on the record with respect to Count I; and it is further

**ORDERED** that if Plaintiffs elect to file a second amended complaint, they shall file an amended pleading within thirty days of today's ruling; and it is further

**ORDERED** that to the extent Plaintiffs intend to proceed solely with Counts II, III, IV, V, and VI of the Amended Complaint, the parties may file supplemental briefing that explains the relevance and/or impact of the Court's dismissal of Count I as it relates to the remaining counts; and it is further

**ORDERED** that in the event Plaintiffs do not file a second amended complaint within thirty days, Defendants shall file a supplemental moving brief on the remaining counts within sixty days of today's ruling.  Defendants' supplemental moving submission and Plaintiffs' supplemental opposition shall be limited to twenty double-spaced pages.  Defendants' supplemental reply submission shall be limited to ten pages; and it is further

**ORDERED** that to the extent the parties wish to proceed in any alternative manner, they shall file a joint proposed order within thirty days.

<u>*s/ Esther Salas*</u>
**Esther Salas, U.S.D.J.**

2