

## ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

June 10, 2026

***Via CM/ECF***

Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

**Re:**    ***Morrill et ano. v. Fulop et al.,*** **Docket No.: 2:23-CV-23197-ES-JSA**

Your Honor:

We represent Plaintiffs, Aaron Morrill and The Jersey City Times LLC, in this civil action. A joint status letter is due today, June 10, 2026 [Dkt. 103], and Plaintiffs' deadline to file a second amended complaint to address the Court's recent decision [Dkt. 100] is July 13, 2026 [Dkt. 103].

On May 27, 2026, the Parties attended a telephonic status conference with the Court and reported that Defendants were preparing an official press policy that stood to resolve some of the remaining issues between the parties. On June 9, 2026, the Jersey City Division of Communications published its News Media Relations Policy on the City's website and Defendants provided that policy to Plaintiffs. Plaintiffs have reviewed the policy and believe it resolves the remaining issues in dispute. The Parties intend to prepare additional paperwork to finalize resolution of the case, which should be filed with the court before the July 13, 2026 deadline.

We thank the Court for its attention and consideration. Should Your Honor have any questions, please do not hesitate to contact the undersigned, or Ms. Olwig for the Defendants, by telephone or e-mail.

Respectfully submitted,

**SO ORDERED.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: June 12, 2026**

/s/ Flavio L. Komuves
Flavio L. Komuves
WEISSMAN & MINTZ
220 Davidson Ave., Ste. 410
Somerset, New Jersey, 08873
Tel: (732) 563-4565
Email: FKomuves@weissmanmintz.com

/s/ Stacy Livingston



Stacy Livingston, *pro hac vice**
MEDIA FREEDOM &
 INFORMATION ACCESS CLINIC
YALE LAW SCHOOL[1]
127 Wall St. – Baker Hall - ISP
New Haven, CT, 06511
Tel: (203) 436-5824
Email: stacy.livingston@ylsclinics.org

*Counsel for Aaron Morrill and*
*Jersey City Times LLC*

Cc:    Jason Orlando, Esq. (via ECF)
       Mallory Olwig, Esq. (via ECF)

---

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.