# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

AARON MORRILL and
THE JERSEY CITY TIMES, LLC,

        Plaintiffs,

        v.

STEVEN M. FULOP, in his individual and
official capacities, KIMBERLY WALLACE
SCALCIONE, in her individual and official
capacities.

        Defendants.

Civil Action No. 2:23-cv-23197-ES-JSA

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

It IS HEREBY STIPULATED AND AGREED, by and between the parties to this action that all

the Plaintiffs' claims against the Defendants in the above-captioned matter shall be dismissed with

prejudice and without attorneys' fees or costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, conditioned on the Court's entry of an order dismissing these

claims.

Respectfully submitted,

Jason F. Orlando, Esq.
Murphy Orlando LLC
494 Broad St., 5th Fl.
Newark, NJ, 07102
Tel: 201-451-5000
JOrlando@murphyorlando.com

*Counsel for Defendants*

Flavio L. Komuves, Esq.
Weissman & Mintz
220 Davidson Ave., Ste. 410
Somerset, NJ, 08873
Tel: 732-563-4565
FKomuves@weissmanmintz.com

Stacy Livingston, Esq. (*pro hac vice*)
Media Freedom &
Information Access Clinic
Yale Law School
127 Wall St., Baker Hall – ISP
New Haven, CT, 06511
Tel: 203-436-5824
Stacy.Livingston@ylsclinics.org

*Counsel for Plaintiffs*

SO ORDERED:

 s/ Esther Salas
Hon. Esther Salas
United States District Judge

Dated:  July 5, 2026